ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **UL Verification Services Inc. fdba UL Information and Insights Inc.** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080362 | $9,896.69 | 9/26/2019 | 55661 | 9/17/2019 | $9,896.69 |

**Totals:** **1 transfer(s),** **$9,896.69**

UL Verification Services Inc. fdba UL Information and Insights Inc. (2266193)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021                                        Exhibit A                                        P. 1